IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:13-cr-00018 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CASEY GLENN ALCORN, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

On January 19, 2013, police officers with the Martinsville Police Department arrested Defendant Casey Glenn Alcorn ("Defendant"). In the Indictment filed in this Court on July 2, 2013, Defendant was charged with one count of possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1) [*see* ECF No. 13]. Defendant filed a Motion to Suppress on November 25, 2013, arguing that the evidence against him was obtained in violation of the Fourth Amendment [ECF No. 25]. On December 16, 2013, I held an evidentiary hearing on Defendant's Motion. The matter is now ripe for review.

After careful review and consideration, and for reasons stated in the accompanying Memorandum Opinion, I hereby **DENY** Defendant's Motion to Suppress. Although Defendant had a reasonable expectation of privacy, I find that the police conduct at issue did not violate the Fourth Amendment.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED this 13th day of January, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE